**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| AYESHA S. ISLAM | § | NO. 1:26-CV-02027 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VILLA FRESH ITALIAN | § | |
| KITCHEN | § | |
| Defendant. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendations ("the Report") submitted by United States Magistrate Judge Dustin M. Howell. (Dkt. # 4.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court ADOPTS Magistrate Judge Howell's recommendation. (Dkt. # 4.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 4.) Plaintiff Ayesha S. Islam ("Islam") brings this action against Villa Fresh Italian Kitchen ("Defendant"), alleging that she experienced stomach cramping, gas, pain, and diarrhea after consuming a spinach stromboli from Defendant's restaurant. (Dkt. # 1 at 4.) Islam alleges that Defendant failed to

acknowledge her complaint about the incident and seeks $400,000 in damages. (Dkt. # 1 at 4.) Islam invokes this Court's jurisdiction based on the existence of a federal question and diversity of citizenship. (Dkt. # 1 at 3.)

Magistrate Judge Howell found that Islam is indigent and granted her leave to proceed *in forma pauperis*. (Dkt. # 4 at 1.) Magistrate Judge Howell further found that this Court lacks subject-matter jurisdiction over Islam's claims because Islam and Defendant are both citizens of Texas, precluding diversity jurisdiction, and because Islam has not identified any federal cause of action arising from a single instance of food poisoning. (Dkt. # 4 at 3-4.) Magistrate Judge Howell recommended that the Court dismiss Islam's cause of action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. # 4 at 4.) Magistrate Judge Howell filed his Report on July 27, 2026. (Dkt. # 4.) Neither party has filed objections.

## DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion that this Court lacks subject-matter jurisdiction over Islam's claims is reasonable and absent of clear error. (Dkt. # 4 at 3-4.) Therefore, the Court determines that the

Magistrate Judge's conclusions and recommendation are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendation by the Magistrate Judge as the opinion of the Court. (Dkt. # 4.) Islam's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATE**: Austin, Texas, September 21, 2026

David Alan Ezra
Senior United States District Judge